1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
MAR 1 4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

CHARLES CONRAD MAHAFFEY,

    Defendant.

CASE NO. 1:13MJ56 SKO

ORDER TO UNSEAL COMPLAINT

This Criminal Complaint, Arrest Warrant and Application was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to CHARLES CONRAD MAHAFFEY, and be made public record.

DATED: 3/14/13

~~BARBARA A. McAULIFFE~~ G. Austin
U.S. Magistrate Judge