1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St.
   Fresno, CA 93721
4

5  Attorneys for Plaintiff
   United States of America
6

7                IN THE UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            CASE NO.  1:13-CR-00108-LJO-SKO

11                 Plaintiff,           PRELIMINARY ORDER OF FORFEITURE

12        v.

13 CHARLES CONRAD MAHAFFEY,

14                 Defendant.

15

16      Based upon the entry of plea and application for preliminary order of forfeiture entered into

17 between plaintiff United States of America and defendant Charles Conrad Mahaffey it is hereby

18 ORDERED, ADJUDGED AND DECREED as follows:

19      1.      Pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461, defendant Charles Conrad

20 Mahaffey's interest in the following property shall be condemned and forfeited to the United States of

21 America, to be disposed of according to law:

22             a.   A silver-colored laser pointer capable of emitting a red laser and labeled as a Class

23                  IIIa laser product with a danger warning.

24      2.      The above-listed asset constitutes property acquired or maintained by the defendant with

25 the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of

26 terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United

27 States, or their property in violation of 18 U.S.C. § 39A.

28

1     3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

2 seize the above-listed property.  The aforementioned property shall be seized and held by the United

3 States Marshals Service or the Federal Bureau of Investigation in its secure custody and control.

4     4.    a.     Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local

5 Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and

6 notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the

7 Attorney General may direct shall be posted for at least 30 consecutive days on the official internet

8 government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable,

9 provide direct written notice to any person known to have alleged an interest in the property that is the

10 subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

11     b.     This notice shall state that any person, other than the defendants, asserting a legal

12 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

13 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

14 within thirty (30) days from receipt of direct written notice, whichever is earlier.

15     5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court

16 will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461, in

17 which all interests will be addressed.

18
19 IT IS SO ORDERED.

20    Dated:   **November 19, 2013**       **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE   2