HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHARLES MAHAFFEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES MAHAFFEY,<br><br>Defendant. | No. 1:13-cr-108-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: May 3, 2017<br>Time: 10:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for April 24, 2017, may be continued to May 3, 2017 at 10:30 a.m. before the Honorable Lawrence J. O'Neill.

This continuance is at the request of the defense as a defense witness is unable to be present on the current April 24, 2017 date. The government is in agreement with this request. The requested continuance is with the intention of conserving time and resources for both parties and the Court.

//

//

//

//

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |   |
| Dated: March 21, 2017 | By: | */s/ Karen Escobar*<br>KAREN ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |   |
| Dated: March 21, 2017 | By: | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CHARLES MAHAFFEY |

## **ORDER**

The Court hereby grants the parties' request to continue the April 24, 2017 sentencing hearing to May 3, 2017, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **March 21, 2017**        /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE